JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS RIVAS, | Case No. CV 09-2200-JHN (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| MATTHEW CATE, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 18, 2010

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE